# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH OLIVEIRA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WORLD FINANCIAL GROUP, INC.; JACKSON NATIONAL LIFE INSURANCE CO.; and WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO.<br>　　　　　　　Defendants. | Case No. 11-cv-05059 NC<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 16 |

　　　Defendants move to dismiss Plaintiff Oliveira's complaint under Federal Rule of Civil Procedure 12(b)(6). Oliveira opposes the motion. Based on the papers submitted by the parties, the motion is appropriate for determination without oral argument. Accordingly, the hearing currently scheduled for December 7, 2011, is VACATED.

　　　IT IS SO ORDERED.

DATED: December 5, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge